Lauer *v.* The State.

proved is the contents of a record, or the terms of a written contract, and they are in existence, the record and contract are the best evidence. In this case, it was not the contents of a record or contract of which proof was given, but the fact that the defendants had never before, nor at certain times in particular, claimed pay for the use of extra water; and we think that fact might be proved by parol, even though, as to the particular times, there might be record evidence. Thus, says *Mr. Greenleaf,* "where, however, the record or document appointed by law, is not a part of the fact to be proved, but is merely a collateral or subsequent memorial of the fact, such as the registry of marriages and births, and the like, it has not this exclusive character, but any other legal proof is admitted." 1 Greenl. Ev. p. 125. See, also, sections 89, 90, 92 and 97 of the same volume; 3 Ind. 334.

*Per Curiam.*—The judgment below is affirmed, with 1 per cent. damages, and costs.

*D. D. Pratt,* for the appellant.

---

· LAUER *v.* THE STATE.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—The judgment in this case, is reversed and remanded to be dismissed, for the reasons given in *Lauer* v. *The State,* at this term; the questions involved being alike in both cases.

*N. W. Gordon* and *H. D. Thompson,* for the appellant.

*Oscar B. Hord,* Attorney General, for the State.